JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>HAIER US APPLIANCE SOLUTIONS, INC., a Delaware corporation dba GE APPLIANCES; and DOES 1-20, Inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-02708 MWF(MAAx)<br><br>Hon. Michael W. Fitzgerald<br>Dept. 5A<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Final Pretrial Conference: 1/12/2026<br>Trial Date: 1/27/2026<br>[*Stipulation to Remand Filed Concurrently Herewith*] |

**The above-captioned Court,** having read and reviewed the stipulation of the Parties, and good cause appearing, hereby Orders as follows:

The instant matter shall be remanded to the Superior Court for the State of California, County of Los Angeles, Case No. 24AHCV00383.

**IT IS SO ORDERED.**

**Dated:** November __6__, 2025  By: _____/s/ Michael W. Fitzgerald_____

**United States District Court Judge**